1
2
3
4
5
6                              UNITED STATES DISTRICT COURT

7                                    DISTRICT OF NEVADA

8                                          * * *

9    LESLIE GEORGE,                              Case No. 3:16-cv-00703-MMD-WGC

10                                   Plaintiff,   ORDER ACCEPTING AND ADOPTING
                                                 REPORT AND RECOMMENDATION
11         v.                                    OF MAGISTRATE JUDGE
     ANNE GEORGE, *et al.*,                       WILLIAM G. COBB
12
                                   Defendants.
13

14        Before the Court is the Report and Recommendation of United States Magistrate

15   Judge William G. Cobb ("R&R" or "Recommendation") relating to plaintiff's application to

16   proceed *in forma pauperis* (ECF No. 1) and *pro se* complaint (ECF No. 1-1). (ECF No.

17   3.) Plaintiff had until December 22, 2016, to file an objection. (*Id.*)  To date, no objection

18   to the R&R has been filed.

19        This Court "may accept, reject, or modify, in whole or in part, the findings or

20   recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party

21   timely objects to a magistrate judge's report and recommendation, then the court is

22   required to "make a *de novo* determination of those portions of the [report and

23   recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails

24   to object, however, the court is not required to conduct "any review at all . . . of any issue

25   that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

26   Indeed, the Ninth Circuit has recognized that a district court is not required to review a

27   magistrate judge's report and recommendation where no objections have been filed. *See*

28   *United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard

of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Cobb's R&R. Upon reviewing the R&R and proposed complaint, this Court finds good cause to accept and adopt the Magistrate Judge's R&R in full.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 3) is accepted and adopted in its entirety.

It is further ordered that plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is granted.

It is further ordered that the Clerk detach and file the complaint (ECF No. 1-1).

It is further ordered that the complaint is dismissed with prejudice.

The Clerk is directed to close this case.

DATED THIS 12th day of January 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE